# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2014

## NO. 03-13-00720-CR

**Anthony Ervin, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction but that there was error requiring correction. Therefore, the court modifies the trial court's judgment of conviction for correction of the following clerical errors:

(1) Where the judgment states that appellant was convicted of a third degree felony, it will now state that he was guilty of burglary of a building, a state jail felony. *See* Tex. Penal Code § 30.02(c)(1).

(2) Where the judgment contains "NA" in the spaces asking about pleas to enhancement paragraphs, the judgment is revised to conform with information in the reporter's record showing that appellant pled true to two enhancement paragraphs.

(3) Where the judgment contains "NA" in the spaces concerning findings on the enhancement paragraphs, the judgment is corrected to reflect the jury's findings—

in conformity with appellant's pleas of true and the trial court's instruction—that the enhancement allegations were true.

The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.